**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JABRIL LANE,** | ) | |
| **Plaintiff** | ) | |
| | ) | **C.A. No. 1:25-cv-140** |
| **vs.** | ) | |
| | ) | |
| **CPSM K. STONE, et al,** | ) | |
| **Defendants.** | ) | |

# ORDER

This action was received by the Clerk of Court on May 30, 2025 by way of removal from the Court of Common Pleas of Forest County. The matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate acting pro se, alleges that Defendants, employees of the Department of Corrections, violated his Eighth Amendment right to be free from cruel and unusual punishment by failing to protect him from dangerous contraband in his food tray. He also asserts a state law negligence claim based on the same incident.

Defendants moved from summary judgment which Plaintiff opposed. ECF Nos. 14-17; ECF Nos. 24-25. On July 23, 2026, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that summary judgment be granted as to the Eighth Amendment claim and that the state law negligence claim be remanded back to the Court of Common Pleas of Forest County. ECF No. 26. To date, neither party has filed Objections to the Report and Recommendation.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaint, motions, and evidence in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 13th day of August 2026;

IT IS ORDERED that Defendants' motion for summary judgment [ECF No. 14] be granted in favor of Defendants as to the Eighth Amendment claim.

IT IS FURTHER ORDERED that the Court will decline to exercise supplemental jurisdiction over the state law negligence claim which will be remanded to the Court of Common Pleas for Forest County. The Clerk is directed to remand this matter FORTHWITH.

AND IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on July 23, 2026 [ECF No. 26] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge